# Court of Appeals
# of the State of Georgia

ATLANTA, February 20, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0427, A13A0428. CHARLES BREAZEALE v. FRANCES BREAZEALE.**

These cases were docketed in this Court on October 24, 2012. As set forth in Court of Appeals Rules 22 (a) and 23 (a), an appellant must file a brief and enumeration of errors within 20 days of the date of docketing of the appeal. Appellant requested and was granted an extension of time until January 14, 2013 in which to file. However, appellant has failed to timely file briefs or enumerations of errors. Accordingly, these appeals are hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/20/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*